UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jessica Ashcraft,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>McGuigan Law Office, LLC; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-02556-WBS-KJN<br><br>**ORDER** |

Based on the Request, plaintiff's counsel may appear telephonically at the Scheduling Conference set for January 22, 2013. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Date: January 7, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE