1
2
3
4
5
6
7
8

Michael K. Sipes, SBN 155148
LAW OFFICES OF MICHAEL K. SIPES
3050 Fite Circle, Ste. 107
Sacramento, CA 95827
Telephone: (866) 656-7080
Facsimile:  (866) 244-3862
mksipes@sipeslaw.com

Attorney for Defendant
CALIFORNIA SERVICE BUREAU, INC.

9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21

| | |
|---|---|
| JESSICA ASHCRAFT,<br><br>Plaintiff<br><br>v.<br><br>CALIFORNIA SERVICE BUREAU, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____ | CASE NO.:  12-cv-02556-WBS-KJN<br><br>**ORDER AUTHORIZING COUNSEL FOR DEFENDANT CALIFORNIA SERVICE BUREAU, INC. TO APPEAR TELEPHONICALLY AT INITIAL SCHEDULING CONFERENCE**<br><br>**DATE:  JANUARY 22, 2013**<br>**TIME:  2:00 P.M.**<br>**DEPT.:  5**<br><br>**Honorable William B. Shubb** |

22
23
24
25

    Michael K. Sipes is hereby authorized to appear telephonically at the Initial Scheduling
Conference scheduled on the above-stated date at the above-stated time in the above-stated
department of the above-entitled court.  The courtroom deputy shall email counsel with
instructions on how to participate in the telephone conference call.

26
27
28

DATED:        January 7, 2013

_William V. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING COUNSEL F…
TELEPHONICALLY AT INITIAL SCHEDULING CONFERENCE