UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jessica Ashcraft,<br><br>    Plaintiff,<br><br>  vs.<br><br>California Service Bureau, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:12-cv-02556-WBS-KJN<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  February 26, 2013

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2:12-cv-02556-WBS-KJN                                                                  STIPULATION OF DISMISSAL